REGINALD S. H. VENABLE et al., Respondents, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.

(Submitted October 17, 1930; decided November 18, 1930.)

*Fred Boehm* and *Jacob Linett* for appellant.

*Caruthers Ewing* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.